Schedule A

WMG Copyrighted Works Infringed by PacSun – Sound Recordings

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| alt-J | Breezeblocks | SR0000948247 | Atlantic Recording Corporation |
| Ashnikko | Daisy | SR0000884618 | Warner Music International Services Limited |
| Ashnikko | Working Bitch | SR0000861776 | Warner Music International Services Limited |
| A-Wall | Loverboy | SR0000939133 / SR0000939846 | Warner Records Inc. |
| Bazzi | Fantasy | SR0000824441 | Atlantic Music Group LLC |
| Bktherula | SANTANNY | SR0000901894 | Warner Records Inc. |
| Brandy & Monica | The Boy Is Mine | SR0000256110 | Atlantic Recording Corporation |
| Bruno Mars | Locked out of Heaven | SR0000715738 / SR0000756206 | Atlantic Recording Corporation |
| Bruno Mars | Talking to the Moon | SR0000671062 | Elektra Entertainment Group Inc. |
| Bruno Mars, Anderson .Paak, Silk Sonic | Smokin Out The Window | SR0000932353 | Atlantic Recording Corporation |
| Bryce Vine | La La Land (feat. YG) | SR0000853964 | Warner Records Inc. |
| Cardi B | Enough (Miami) | SR0000994960 | Atlantic Recording Corporation |
| Cardi B | Up | SR0000934506 | Atlantic Recording Corporation |
| Cardi B | WAP (feat. Megan Thee Stallion) | SR0000889635 | Atlantic Recording Corporation |
| Carlie Hanson | Only One | SR0000848819 | Warner Records Inc. |
| Cassie | Me & U | SR0000394687 | Bad Boy Records LLC |
| Charli XCX | Boys | SR0000874540 | Warner Music International Services Limited |
| christina perri | human | SR0000775419 | Elektra Entertainment LLC |
| Coldplay | Adventure of a Lifetime | SR0000898969 | Warner Music International Services Limited |
| Coldplay | Fix You | SRu000573811 / SR0000376828 | Warner Music International Services Limited |
| David Guetta | Who's That Chick? (feat. Rihanna) | SR0000677456 | Warner Music International Services Limited |
| Don Toliver | After Party (CHOPNOTSLOP REMIX) | SR0000877543 | Atlantic Music Group LLC |
| Don Toliver | Cardigan | SR0000874544 | Atlantic Music Group LLC |
| Don Toliver | No Idea | SR0000877543 | Atlantic Music Group LLC |
| DRAM | Broccoli (feat. Lil Yachty) | SR0000829822 | Atlantic Recording Corporation |
| Dua Lipa | Don't Start Now | SR0000864567 | Warner Music International Services Limited |
| Dua Lipa | Hallucinate | SR0000902950 | Warner Music International Services Limited |
| Dua Lipa | Levitating | SR0000902950 | Warner Music International Services Limited |
| Dua Lipa | Levitating (feat. DaBaby) | SR0000889533 | Warner Music International Services Limited |
| Echosmith | Cool Kids | SR0000968318 | Warner Records Inc. |
| Fitz and The Tantrums | Out of My League | SR0000724442 | Elektra Entertainment LLC |
| Fleetwood Mac | Dreams | N39857 | Rhino Entertainment LLC |
| GAYLE | abcdefu | SR0000908438 | Atlantic Recording Corporation |
| Gerry Rafferty | Right Down the Line | SR0000000346 | Warner Music International Services Limited |
| gnash | i hate u, i love u (feat. olivia o'brien) | SR0000854149 | Atlantic Recording Corporation |

1

Schedule A

WMG Copyrighted Works Infringed by PacSun – Sound Recordings

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Gorillaz | Dirty Harry | SR0000379135 / SRu000573812 | Warner Music International Services Limited |
| Gorillaz | She's My Collar (feat. Kali Uchis) | SR0000821229 | Warner Music International Services Limited |
| Grateful Dead | Althea | SR0000020800 | Rhino Entertainment LLC |
| GROUPLOVE | Tongue Tied | SR0000704081 | Atlantic Recording Corporation |
| Grover Washington, Jr. | Just the Two of Us (feat. Bill Withers) | SR0000023451 | Elektra Entertainment Group Inc. |
| Gunna & Future | pushin P (feat. Young Thug) | SR0000958605 | 300 Entertainment LLC |
| Hoàng Read | The Magic Bomb (Questions I Get Asked) [Extended Mix] | SR0000940906 | Warner Music International Services Limited |
| Jack Harlow | First Class | SR0000927372 | Atlantic Recording Corporation |
| Jack Harlow | WHATS POPPIN | SR0000877565 | Atlantic Recording Corporation |
| Jason Derulo | Whatcha Say | SR0000685175 | Warner Records Inc. |
| Jason Mraz | I'm Yours | SR0000623312 | Atlantic Recording Corporation |
| Lennon Stella | Summer Feelings (feat. Charlie Puth) | SR0000880180 / SR0000881848 | Atlantic Recording Corporation |
| Lil Uzi Vert | Lo Mein | SR0000870829 | Atlantic Recording Corporation |
| Lil Uzi Vert | That Way | SR0000870830 | Atlantic Recording Corporation |
| Lily Allen | Smile | SR0000392058 | Warner Music International Services Limited |
| Lizzo | Boys | SR0000871754 | Atlantic Recording Corporation |
| Lizzo | Exactly How I Feel (feat. Gucci Mane) | SR0000851086 | Atlantic Recording Corporation |
| L'Trimm | Cars That Go Boom | SR0000097264 | Atlantic Recording Corporation |
| Lukas Graham | Mama Said | SR0000818935 | Warner Records Inc. |
| Mac Miller | 100 Grandkids | SR0000774108 | Warner Records Inc. |
| Madonna | Hung Up | SR0000375278 | Warner Records LLC |
| MARINA | Primadonna | SR0000707378 | Warner Music International Services Limited |
| Meek Mill | Offended (feat. Young Thug & 21 Savage) | SR0000791316 | Atlantic Recording Corporation |
| Megan Thee Stallion | Savage | SR0001032749 | 300 Entertainment LLC |
| Megan Thee Stallion | Savage Remix (feat. Beyoncé) | SR0001045027 | 300 Entertainment LLC |
| Megan Thee Stallion | What's New | SR0001045027 | 300 Entertainment LLC |
| Megan Thee Stallion & Dua Lipa | Sweetest Pie | SR0001031580 | 300 Entertainment LLC |
| Melanie Martinez | Play Date | SR0000794368 | Atlantic Recording Corporation |
| Melanie Martinez | Soap | SR0000774057 | Atlantic Recording Corporation |
| Michael Bublé | Feeling Good | SR0000370205 | Warner Records Inc. |
| Missy Elliott | Get Ur Freak On | SR0000297686 | Elektra Entertainment Group Inc. |
| Missy Elliott | Work It | SR0000345855 | Elektra Entertainment Group Inc. |
| MORGENSHTERN | ICE | SR0000939348 | Warner Music International Services Limited |
| New Boyz | You're a Jerk | SR0000662339 | Warner Records Inc. |
| New Order | Blue Monday | SR0000085362 | Warner Music International Services Limited |
| Paramore | Misery Business | SR0000631909 | Atlantic Recording Corporation |
| Paramore | Still into You | SR0000724441 | Atlantic Recording Corporation |
| PinkPantheress | Just for me | SR0000941404 | Warner Music International Services Limited |
| Portugal. The Man | Feel It Still | SR0000806561 | Atlantic Recording Corporation |

Schedule A

WMG Copyrighted Works Infringed by PacSun – Sound Recordings

| Artist | Work Title | Registration Number | Plaintiff(s) |
| --- | --- | --- | --- |
| Roddy Ricch | The Box | SR0000925337 | Atlantic Recording Corporation |
| Saweetie | Tap In | SR0000887719 | Warner Records Inc. |
| Sean Paul | Get Busy | SR0000352634 | Atlantic Recording Corporation |
| Studio Killers | Jenny (I Wanna Ruin Our Friendship) | SR0000947941 | Atlantic Recording Corporation |
| The B-52's | Love Shack | SR0000107155 | Warner Records Inc. |
| The Doors | Five to One | Pre-1972 Sound Recording | Rhino Entertainment LLC |
| The Notorious B.I.G. | Big Poppa | SR0000206849 / SR0000313014 | Bad Boy Records LLC |
| The Notorious B.I.G. | Hypnotize | SR0000220411 / SR0000238217 | Bad Boy Records LLC |
| The Rare Occasions | Notion | SR0000917448 | Elektra Entertainment LLC |
| The Walters | I Love You So | SR0000933368 | Warner Records Inc. |
| The Wombats | Greek Tragedy (Oliver Nelson Remix) | SR0000939797 | Warner Music International Services Limited |
| Trey Songz | Slow Motion | SR0000781231 | Atlantic Recording Corporation |
| twenty one pilots | Tear in My Heart | SR0000772681 | Fueled by Ramen LLC |
| Wale | Lotus Flower Bomb (feat. Miguel) | SR0000698024 | Atlantic Recording Corporation |
| Ween | Ocean Man | SR0000244518 | Elektra Entertainment Group Inc. |
| WHOKILLEDXIX | Kismet | SR0000939761 | Warner Records Inc. |
| Wiz Khalifa | Something New (feat. Ty Dolla $ign) | SR0000922156 | Atlantic Recording Corporation |

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| 21 Savage | Bank Account | PA0002134381 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| A$AP Ferg | Plain Jane | PA0002134058 | Warner-Tamerlane Publishing Corp. |
| A$AP Ferg | Plain Jane REMIX (feat. Nicki Minaj) | PA0002267008 | Warner-Tamerlane Publishing Corp. |
| Aaliyah | Are You That Somebody | PA0000914663 / PA0001204719 | W Chappell Music Corp. |
| Ariana Grande | 34+35 | PA0002289176 | W Chappell Music Corp. |
| Ariana Grande | Don't Call Me Angel (Charlie's Angels) (with Miley Cyrus & Lana Del Rey) | PA0002209623 | W Chappell Music Corp. |
| Ariana Grande | Into You | PA0002046635 | W Chappell Music Corp. |
| Ariana Grande | Last Christmas | PA0000296385 | Warner Chappell Music, Inc. |
| Ariana Grande | motive (with Doja Cat) | PA0002524764 | W Chappell Music Corp. |
| Ariana Grande | pov | PA0002404827 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Ariana Grande | Step On Up | PA0002067449 | W Chappell Music Corp. |
| Ariana Grande | Stuck with U (with Justin Bieber) | PA0002250125 / PA0002298694 | Warner-Tamerlane Publishing Corp. |
| Ashanti | Foolish | PA0001263373 | W Chappell Music Corp. |
| Ashnikko | Daisy | PA0002406909 | W Chappell Music Corp. |
| Ashnikko | Working Bitch | PA0002428061 | W Chappell Music Corp. |
| BADBADNOTGOOD | Ghost Town | PA0002225853 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Beyoncé | Crazy In Love (feat. Jay-Z) | PA0001131132 | Warner-Tamerlane Publishing Corp. |
| Beyoncé | Single Ladies (Put a Ring on It) | PA0001630370 | W Chappell Music Corp. |
| Beyoncé | Yoncé - Homecoming Live | PA0001986580 / PA0002376949 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Bobby Helms | Jingle Bell Rock | EP0000113915 / RE0000234391 | W Chappell Music Corp. |
| Britney Spears | I'm a Slave 4 U | PA0001060309 | Warner-Tamerlane Publishing Corp. |
| Bruno Mars | Locked out of Heaven | PA0001869823 | Warner Chappell Music, Inc. |
| Bruno Mars | Talking to the Moon | PA0001869984 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| Bruno Mars, Anderson .Paak, Silk Sonic | Smokin Out The Window | PA0002553667 | Warner Chappell Music, Inc. |
| Bryce Vine | La La Land (feat. YG) | PA0002319012 | Warner Chappell Music, Inc. |
| Cali Swag District | Teach Me How to Dougie | PA0001744864 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Calvin Harris | Feels (feat. Pharrell Williams, Katy Perry & Big Sean) | PA0002140971 | Warner-Tamerlane Publishing Corp. |
| Cardi B | Enough (Miami) | PA0002474440 | W Chappell Music Corp. |
| Cardi B | Up | PA0002394634 | W Chappell Music Corp. |
| Chance the Rapper, TisaKorean, Murda Beatz | GRoCERIES | PA0002206926 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Chappell Roan | Good Luck, Babe! | PA0002479357 | Warner-Tamerlane Publishing Corp. |
| Charli XCX | Boys | PA0002251913 | W Chappell Music Corp. |
| Chris Brown | Look At Me Now (feat. Lil Wayne & Busta Rhymes) | PA0001921210 | Warner-Tamerlane Publishing Corp. |
| Chris Brown | No Guidance (feat. Drake) | PA0002239293 | Warner-Tamerlane Publishing Corp. |

4

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Chris Brown, Young Thug | Go Crazy | PA0002282807 | W Chappell Music Corp. |
| City Girls | Rodeo | PA0002553654 | Warner-Tamerlane Publishing Corp. |
| Daniel Caesar | Best Part (feat. H.E.R.) | PA0002496270 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Daniel Caesar | Get You (feat. Kali Uchis) | PA0002553666 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| David Guetta | Who's That Chick? (feat. Rihanna) | PA0001982743 | Warner-Tamerlane Publishing Corp. |
| Demi Lovato | Cool for the Summer | PA0001973419 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Diplo | Heartless (feat. Morgan Wallen) | PA0002416226 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| DJ Khaled | Wild Thoughts (feat. Rihanna & Bryson Tiller) | PA0002082167 | W Chappell Music Corp. |
| DNCE | Cake By The Ocean | PA0002083982 | W Chappell Music Corp. |
| Doja Cat | Ain't Shit | PA0002324935 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Cyber Sex | PA0002307937 | W Chappell Music Corp. |
| Doja Cat | Juicy | PA0002252218 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Kiss Me More (feat. SZA) | PA0002304261 | W Chappell Music Corp. |
| Doja Cat | Like That (feat. Gucci Mane) | PA0002307930 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Say So | PA0002308467 | W Chappell Music Corp. |
| Doja Cat | Streets | PA0002498092 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Vegas | PA0002377114 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Woman | PA0002324952 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Don Toliver | After Party (CHOPNOTSLOP REMIX) | PA0002265221 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Don Toliver | Cardigan | PA0002265234 | W Chappell Music Corp. |
| Drake | Feel No Ways | PA0002062980 | W Chappell Music Corp. |
| Drake | Jimmy Cooks (feat. 21 Savage) | PA0002391754 | Warner-Tamerlane Publishing Corp. |
| Drake | Love All (with JAY-Z) | PA0002369929 / PA0002551564 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Drake | Nice For What | PA0002230647 | W Chappell Music Corp. |
| Drake | Nonstop | PA0002228861 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Drake | Way 2 Sexy (with Future & Young Thug) | PA0002327515 | W Chappell Music Corp. |
| Dua Lipa | Don't Start Now | PA0002266991 | W Chappell Music Corp. |
| Dua Lipa | Levitating | PA0002292827 | Warner-Tamerlane Publishing Corp. |
| Dua Lipa | Levitating (feat. DaBaby) | PA0002304883 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Echosmith | Cool Kids | PA0002385935 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Ellie Goulding | Lights | PA0001786677 | W Chappell Music Corp. |
| Ellie Goulding | Still Falling For You - From "Bridget Jones's Baby" | PA0002070009 | W Chappell Music Corp. |
| Ethan Fields | Cooler Than Me | PA0001740827 | W Chappell Music Corp. |

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Fat Joe | What's Luv? (feat. Ashanti) | PA0001671409 | W Chappell Music Corp. |
| Fergie, will.i.am | Fergalicious | PA0001652687 | W Chappell Music Corp. |
| Fitz and The Tantrums | Out of My League | PA0002466459 | W Chappell Music Corp. |
| Flo Milli | May I | PA0002553974 | Warner-Tamerlane Publishing Corp. |
| French Montana | Unforgettable (feat. Swae Lee) | PA0002099601 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| George Michael | Careless Whisper | PA0000219809 | W Chappell Music Corp. |
| Gesaffelstein | Lost in the Fire (feat. The Weeknd) | PA0002176025 | W Chappell Music Corp. |
| Ginuwine | Pony | PA0000839501 | W Chappell Music Corp. |
| Gorillaz | She's My Collar (feat. Kali Uchis) | PA0002553655 | Warner Chappell Music, Inc. |
| Gotye, Kimbra | Somebody That I Used To Know | PA0001785517 | Warner-Tamerlane Publishing Corp. |
| Grace VanderWaal | Lion's Den | PA0002399050 | Warner-Tamerlane Publishing Corp. |
| Grateful Dead | Althea | PA0000159425 | Warner Chappell Music, Inc.; W Chappell Music Corp. |
| GROUPLOVE | Tongue Tied | PA0001762863 | W Chappell Music Corp. |
| Gunna & Future | pushin P (feat. Young Thug) | PA0002336859 | W Chappell Music Corp. |
| Gwen Stefani | Hollaback Girl | PA0001254232 | Warner Chappell Music, Inc. |
| Hoàng Read | The Magic Bomb (Questions I Get Asked) [Extended Mix] | PA0002553320 | W Chappell Music Corp. |
| Jack Harlow | First Class | PA0002355942 | Warner-Tamerlane Publishing Corp. |
| Jack Harlow | WHATS POPPIN | PA0002238416 | W Chappell Music Corp. |
| Jaden | Icon | PA0002165714 | W Chappell Music Corp. |
| Janet Jackson | All For You | PA0000954083 | W Chappell Music Corp. |
| Jay Rock | King's Dead (with Kendrick Lamar, Future & James Blake) | PA0002129608 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Jeremih | oui | PA0002078413 | Warner-Tamerlane Publishing Corp. |
| Jeremih, YG | Don't Tell 'Em | PA0002062936 | W Chappell Music Corp. |
| Jhené Aiko | B.S. (feat. H.E.R.) | PA0002457732 | W Chappell Music Corp. |
| JID | Surround Sound (feat. 21 Savage & Baby Tate) | PA0002349252 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Justin Bieber | Peaches (feat. Daniel Caesar & Giveon) | PA0002296756 | W Chappell Music Corp. |
| Kanye West | Black Skinhead | PA0001891174 | W Chappell Music Corp. |
| Kanye West | Father Stretch My Hands Pt. 1 | PA0002192892 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Kanye West | Stronger | PA0001597242 | Warner-Tamerlane Publishing Corp. |
| Kanye West | Violent Crimes | PA0002225851 | W Chappell Music Corp. |
| Kanye West, Rick Ross | Devil In A New Dress | PA0001773392 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Katy Perry | Birthday | PA0001871676 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Katy Perry | California Gurls | PA0001711654 | Warner-Tamerlane Publishing Corp. |
| Katy Perry | I Kissed A Girl | PA0001686870 | Warner-Tamerlane Publishing Corp. |
| Kelis | Milkshake | PA0001158583 | Warner-Tamerlane Publishing Corp. |
| Kendrick Lamar | Hiiipower | PA0001856029 | Warner-Tamerlane Publishing Corp. |
| Kendrick Lamar | i | PA0001918605 | Warner-Tamerlane Publishing Corp. |

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Kendrick Lamar | LOVE. FEAT. ZACARI. | PA0002085589 | Warner-Tamerlane Publishing Corp.; W.C.M. Music Corp. |
| Kendrick Lamar | Swimming Pools (Drank) | PA0001871268 | W Chappell Music Corp. |
| Kings of Leon | Sex on Fire | PA0001615767 | W Chappell Music Corp. |
| Kool & The Gang | Summer Madness | EP0000329126 / PA0000845531 | W Chappell Music Corp. |
| Latto | It's Givin | PA0002355988 | Warner-Tamerlane Publishing Corp. |
| Lil Baby | The Bigger Picture | PA0002553965 | Warner-Tamerlane Publishing Corp. |
| Lil Nas X | INDUSTRY BABY (feat. Jack Harlow) | PA0002370565 | W Chappell Music Corp. |
| Lil Uzi Vert | Lo Mein | PA0002243624 | W Chappell Music Corp. |
| Lil Uzi Vert | That Way | PA0002302796 | W Chappell Music Corp. |
| Lizzo | Boys | PA0002292950 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Lizzo | Exactly How I Feel (feat. Gucci Mane) | PA0002293032 | W.C.M. Music Corp. |
| Lloyd | Get It Shawty | PA0001387426 | Warner-Tamerlane Publishing Corp. |
| Louis Prima | Pennies From Heaven | EP0000058037 / R 325040 / EU0000123687 / R 317252 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Lukas Graham | Mama Said | PA0002037066 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Luniz | I Got 5 On It | PA0000801766 | Warner-Tamerlane Publishing Corp. |
| Machine Gun Kelly | emo girl (feat. WILLOW) | PA0002344120 | Warner-Tamerlane Publishing Corp. |
| Madison Beer | Baby | PA0002267024 | W Chappell Music Corp. |
| Madonna | Hung Up | PA0001305504 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| MARINA | Primadonna | PA0001809358 | Warner-Tamerlane Publishing Corp. |
| Mark Ronson | Uptown Funk (feat. Bruno Mars) | PA0001974777 | Warner-Tamerlane Publishing Corp. |
| Mary J. Blige, Lil' Kim | I Can Love You | PA0000901071 | Warner-Tamerlane Publishing Corp. |
| MC ORSEN | INCOMING | PA0002553961 | W Chappell Music Corp. |
| Meek Mill | Offended (feat. Young Thug & 21 Savage) | PA0002317747 | W Chappell Music Corp. |
| Megan Thee Stallion | Savage Remix (feat. Beyoncé) | PA0002251048 | W Chappell Music Corp. |
| Megan Thee Stallion & Dua Lipa | Sweetest Pie | PA0002352636 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Melanie Martinez | Play Date | PA0001996542 | W Chappell Music Corp. |
| Melanie Martinez | Soap | PA0001982543 | W Chappell Music Corp. |
| Michael Gray | The Weekend - Radio Edit | PA0001275238 | W Chappell Music Corp. |
| Migos | Get Right Witcha | PA0002078374 | Warner-Tamerlane Publishing Corp. |
| Missy Elliott | Get Ur Freak On | PA0001146413 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| Money Man | 24 (feat Lil Baby) | PA0002553965 | Warner-Tamerlane Publishing Corp. |
| MORGENSHTERN | ICE | PA0002553963 | W Chappell Music Corp. |

7

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Nardo Wick | Who Want Smoke?? (feat. G Herbo, Lil Durk & 21 Savage) | PA0002442391 | Warner-Tamerlane Publishing Corp. |
| Natalie Cole | This Will Be (An Everlasting Love) | EU0000589523 / EP0000343255 / PA0000035849 / RE0000875459 | W Chappell Music Corp. |
| Nelly | Hot In Herre | PA0001073270 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Nicki Minaj, Lil Wayne | High School | PA0001995833 | W Chappell Music Corp. |
| Olivia Rodrigo | good 4 u | PA0002404776 | W Chappell Music Corp. |
| One Direction | Act My Age | PA0001986736 | Warner-Tamerlane Publishing Corp. |
| Paramore | Misery Business | PA0001595045 | Warner-Tamerlane Publishing Corp. |
| Paramore | Still into You | PA0001854435 | W Chappell Music Corp. |
| Pascal Letoublon, Leony | Friendships (Lost My Love) | PA0002553665 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Pharrell Williams | Frontin' (feat. JAY Z) - Club Mix | PA0001131605 | W Chappell Music Corp. |
| Playboi Carti | Poke It Out (with Nicki Minaj) | PA0002170918 | W Chappell Music Corp. |
| Pop Smoke | For The Night (feat. Lil Baby & DaBaby) | PA0002308963 | Warner-Tamerlane Publishing Corp. |
| Pop Smoke | What You Know Bout Love | PA0002305086 | W Chappell Music Corp. |
| Portugal. The Man | Feel It Still | PA0002140987 | W Chappell Music Corp. |
| Pusha T, Kendrick Lamar | Nosetalgia | PA0001919080 | W Chappell Music Corp. |
| Quvenzhané Wallis, Zoe Margaret Colletti, Nicolette Pierini, Eden Duncan-Smith, Amanda Troya | It's The Hard-Knock Life | EP0000373856 / PA0000062285 | Warner-Tamerlane Publishing Corp. |
| Radiohead | No Surprises | PA0002553657 | W Chappell Music Corp. |
| Rae Sremmurd | Swang | PA0002118570 | Warner-Tamerlane Publishing Corp. |
| RealestK | WFM | PA0002553975 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| Rita Ora | Poison | PA0001984228 | W Chappell Music Corp. |
| Roddy Ricch | The Box | PA0002307885 | W Chappell Music Corp. |
| Rupert Holmes | Escape (The Pina Colada Song) | PA0000050962 | W Chappell Music Corp. |
| Salt-N-Pepa, En Vogue | Whatta Man | PA0000870911 | W Chappell Music Corp. |
| Saweetie | Tap In | PA0002251404 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Sean Kingston | Beat It (feat. Chris Brown & Wiz Khalifa) | PA0001896757 | Warner-Tamerlane Publishing Corp. |
| Ski Mask The Slump God | Foot Fungus | PA0002541033 | Warner-Tamerlane Publishing Corp. |
| Snoop Dogg, Anna Kendrick | Winter Wonderland / Here Comes Santa Claus - From "Pitch Perfect 2" Soundtrack | EP0000044664 / R284735 / EU0000100906 / EP0000019051 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Snoop Dogg, Pharrell Williams | Drop It Like It's Hot | PA0001160179 | Warner-Tamerlane Publishing Corp. |
| Soulja Boy | Crank That (Soulja Boy) | PA0001395340 / PA0001612987 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Soulja Boy | Pretty Boy Swag | PA0001734530 | W Chappell Music Corp. |
| Stephen Kramer Glickman, Marza Wilks | Crazy | PA0001338240 | W Chappell Music Corp. |
| Steve Lacy | Bad Habit | PA0002370290 | W Chappell Music Corp. |
| Superfruit | GUY.exe | PA0002185633 | Warner-Tamerlane Publishing Corp. |
| SZA | Broken Clocks | PA0002129979 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| SZA | Good Days | PA0002333973 | W Chappell Music Corp. |
| SZA | I Hate U | PA0002451514 | Warner-Tamerlane Publishing Corp. |
| SZA | Love Galore (feat. Travis Scott) | PA0002251845 | W Chappell Music Corp. |
| The Barden Bellas | Bellas Regionals: The Sign/Eternal Flame/Turn The Beat Around | PA0000663100 | W Chappell Music Corp. |
| The Daughters Of Eve | Hey Lover | EU0000789135 / RE0000562281 | W Chappell Music Corp. |
| The Kid LAROI | STAY (with Justin Bieber) | PA0002316799 | Warner-Tamerlane Publishing Corp. |
| The Neighbourhood | Softcore | PA0002553656 | Warner-Tamerlane Publishing Corp. |
| The Smashing Pumpkins | 1979 | PA0002541070 | Warner-Tamerlane Publishing Corp. |
| The Weeknd | Blinding Lights | PA0002240210 | W Chappell Music Corp. |
| The Weeknd | Sacrifice | PA0002360520 | Warner-Tamerlane Publishing Corp. |
| The Weeknd | Save Your Tears | PA0002282131 | Warner-Tamerlane Publishing Corp. |
| Tinashe | 2 On (feat. ScHoolboy Q) | PA0001910781 | Warner-Tamerlane Publishing Corp. |
| Travis Scott | 5% TINT | PA0002457871 | W.C.M. Music Corp. |
| Travis Scott | BUTTERFLY EFFECT | PA0002097755 | W Chappell Music Corp. |
| Trey Songz | Slow Motion | PA0002553651 | W Chappell Music Corp. |
| twenty one pilots | Tear in My Heart | PA0001973982 | W Chappell Music Corp. |
| Two Door Cinema Club | What You Know | PA0002551593 | Warner-Tamerlane Publishing Corp. |
| USHER | Confessions Part II | PA0001227181 | Warner-Tamerlane Publishing Corp. |
| Vacations | Young | PA0002553650 | W Chappell Music Corp. |
| Vanilla Ice | Ice Ice Baby | PA0001048615 | Warner-Tamerlane Publishing Corp. |
| Wale | Lotus Flower Bomb (feat. Miguel) | PA0001816126 | Warner-Tamerlane Publishing Corp. |
| Will Smith | Gettin' Jiggy Wit It | PA0001248148 | Warner-Tamerlane Publishing Corp. |
| will.i.am, Britney Spears | Scream & Shout | PA0001835737 | Warner-Tamerlane Publishing Corp. |
| WILLOW | t r a n s p a r e n t s o u l feat. Travis Barker | PA0002418284 | Warner-Tamerlane Publishing Corp. |
| Wiz Khalifa | Something New (feat. Ty Dolla $ign) | PA0002261872 | Warner-Tamerlane Publishing Corp. |
| YG | BIG BANK (feat. 2 Chainz, Big Sean, Nicki Minaj) | PA0002181438 | Warner-Tamerlane Publishing Corp. |

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Yo Gotti | Pose (feat. Megan Thee Stallion & Lil Uzi Vert) | PA0002238932 | W Chappell Music Corp. |
| Young Thug, Travis Scott | pick up the phone | PA0002078386 | W Chappell Music Corp. |
| Yung Gravy | Betty (Get Money) | PA0000375327 | W Chappell Music Corp. |