AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| ATLANTIC MUSIC GROUP LLC, (See Attached) *Plaintiff(s)* <br><br> v. <br><br> PACIFIC SUNWEAR OF CALIFORNIA, LLC; and DOES 1-10 *Defendant(s)* | Civil Action No. 8:25-cv-2677 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Pacific Sunwear of California, LLC
3450 E Miraloma Ave
Anaheim, California 92806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rollin Ransom
Lauren De Lilly
SIDLEY AUSTIN LLP
350 South Grand Avenue, 44th Floor, Los Angeles, California 90071
rransom@sidley.com; ldelilly@sidley.com
(213) 896-6047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/01/2025  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Rollin A. Ransom (SBN 196126)
rransom@sidley.com
Lauren M. De Lilly (SBN 301503)
ldelilly@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Tel.:   (213) 896-6047
Fax:   (213) 896-6600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUSIC GROUP LLC, ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., ELEKTRA ENTERTAINMENT LLC, FUELED BY RAMEN LLC, RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER RECORDS INC., WARNER RECORDS LLC, 300 ENTERTAINMENT LLC, W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC SUNWEAR OF CALIFORNIA, LLC; and DOES 1-10, inclusive <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR:** <br><br> **1. DIRECT COPYRIGHT INFRINGEMENT** <br><br> **2. CONTRIBUTORY COPYRIGHT INFRINGEMENT** <br><br> **3. VICARIOUS COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

COMPLAINT