AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 8:25-cv-2677    **DATE FILED** 12/1/2025 | Central District of California, Southern Division<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701-4516 |
| **PLAINTIFF**<br>ATLANTIC MUSIC GROUP LLC, et al. | **DEFENDANT**<br>PACIFIC SUNWEAR OF CALIFORNIA, LLC; and DOES 1-10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Schedule A attached hereto | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Schedule A

WMG Copyrighted Works Infringed by PacSun – Sound Recordings

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| alt-J | Breezeblocks | SR0000948247 | Atlantic Recording Corporation |
| Ashnikko | Daisy | SR0000884618 | Warner Music International Services Limited |
| Ashnikko | Working Bitch | SR0000861776 | Warner Music International Services Limited |
| A-Wall | Loverboy | SR0000939133 / SR0000939846 | Warner Records Inc. |
| Bazzi | Fantasy | SR0000824441 | Atlantic Music Group LLC |
| Bktherula | SANTANNY | SR0000901894 | Warner Records Inc. |
| Brandy & Monica | The Boy Is Mine | SR0000256110 | Atlantic Recording Corporation |
| Bruno Mars | Locked out of Heaven | SR0000715738 / SR0000756206 | Atlantic Recording Corporation |
| Bruno Mars | Talking to the Moon | SR0000671062 | Elektra Entertainment Group Inc. |
| Bruno Mars, Anderson .Paak, Silk Sonic | Smokin Out The Window | SR0000932353 | Atlantic Recording Corporation |
| Bryce Vine | La La Land (feat. YG) | SR0000853964 | Warner Records Inc. |
| Cardi B | Enough (Miami) | SR0000994960 | Atlantic Recording Corporation |
| Cardi B | Up | SR0000934506 | Atlantic Recording Corporation |
| Cardi B | WAP (feat. Megan Thee Stallion) | SR0000889635 | Atlantic Recording Corporation |
| Carlie Hanson | Only One | SR0000848819 | Warner Records Inc. |
| Cassie | Me & U | SR0000394687 | Bad Boy Records LLC |
| Charli XCX | Boys | SR0000874540 | Warner Music International Services Limited |
| christina perri | human | SR0000775419 | Elektra Entertainment LLC |
| Coldplay | Adventure of a Lifetime | SR0000898969 | Warner Music International Services Limited |
| Coldplay | Fix You | SRu000573811 / SR0000376828 | Warner Music International Services Limited |
| David Guetta | Who's That Chick? (feat. Rihanna) | SR0000677456 | Warner Music International Services Limited |
| Don Toliver | After Party (CHOPNOTSLOP REMIX) | SR0000877543 | Atlantic Music Group LLC |
| Don Toliver | Cardigan | SR0000874544 | Atlantic Music Group LLC |
| Don Toliver | No Idea | SR0000877543 | Atlantic Music Group LLC |
| DRAM | Broccoli (feat. Lil Yachty) | SR0000829822 | Atlantic Recording Corporation |
| Dua Lipa | Don't Start Now | SR0000864567 | Warner Music International Services Limited |
| Dua Lipa | Hallucinate | SR0000902950 | Warner Music International Services Limited |
| Dua Lipa | Levitating | SR0000902950 | Warner Music International Services Limited |
| Dua Lipa | Levitating (feat. DaBaby) | SR0000889533 | Warner Music International Services Limited |
| Echosmith | Cool Kids | SR0000968318 | Warner Records Inc. |
| Fitz and The Tantrums | Out of My League | SR0000724442 | Elektra Entertainment LLC |
| Fleetwood Mac | Dreams | N39857 | Rhino Entertainment LLC |
| GAYLE | abcdefu | SR0000908438 | Atlantic Recording Corporation |
| Gerry Rafferty | Right Down the Line | SR0000000346 | Warner Music International Services Limited |
| gnash | i hate u, i love u (feat. olivia o'brien) | SR0000854149 | Atlantic Recording Corporation |

1

Schedule A

WMG Copyrighted Works Infringed by PacSun – Sound Recordings

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Gorillaz | Dirty Harry | SR0000379135 / SRu000573812 | Warner Music International Services Limited |
| Gorillaz | She's My Collar (feat. Kali Uchis) | SR0000821229 | Warner Music International Services Limited |
| Grateful Dead | Althea | SR0000020800 | Rhino Entertainment LLC |
| GROUPLOVE | Tongue Tied | SR0000704081 | Atlantic Recording Corporation |
| Grover Washington, Jr. | Just the Two of Us (feat. Bill Withers) | SR0000023451 | Elektra Entertainment Group Inc. |
| Gunna & Future | pushin P (feat. Young Thug) | SR0000958605 | 300 Entertainment LLC |
| Hoàng Read | The Magic Bomb (Questions I Get Asked) [Extended Mix] | SR0000940906 | Warner Music International Services Limited |
| Jack Harlow | First Class | SR0000927372 | Atlantic Recording Corporation |
| Jack Harlow | WHATS POPPIN | SR0000877565 | Atlantic Recording Corporation |
| Jason Derulo | Whatcha Say | SR0000685175 | Warner Records Inc. |
| Jason Mraz | I'm Yours | SR0000623312 | Atlantic Recording Corporation |
| Lennon Stella | Summer Feelings (feat. Charlie Puth) | SR0000880180 / SR0000881848 | Atlantic Recording Corporation |
| Lil Uzi Vert | Lo Mein | SR0000870829 | Atlantic Recording Corporation |
| Lil Uzi Vert | That Way | SR0000870830 | Atlantic Recording Corporation |
| Lily Allen | Smile | SR0000392058 | Warner Music International Services Limited |
| Lizzo | Boys | SR0000871754 | Atlantic Recording Corporation |
| Lizzo | Exactly How I Feel (feat. Gucci Mane) | SR0000851086 | Atlantic Recording Corporation |
| L'Trimm | Cars That Go Boom | SR0000097264 | Atlantic Recording Corporation |
| Lukas Graham | Mama Said | SR0000818935 | Warner Records Inc. |
| Mac Miller | 100 Grandkids | SR0000774108 | Warner Records Inc. |
| Madonna | Hung Up | SR0000375278 | Warner Records LLC |
| MARINA | Primadonna | SR0000707378 | Warner Music International Services Limited |
| Meek Mill | Offended (feat. Young Thug & 21 Savage) | SR0000791316 | Atlantic Recording Corporation |
| Megan Thee Stallion | Savage | SR0001032749 | 300 Entertainment LLC |
| Megan Thee Stallion | Savage Remix (feat. Beyoncé) | SR0001045027 | 300 Entertainment LLC |
| Megan Thee Stallion | What's New | SR0001045027 | 300 Entertainment LLC |
| Megan Thee Stallion & Dua Lipa | Sweetest Pie | SR0001031580 | 300 Entertainment LLC |
| Melanie Martinez | Play Date | SR0000794368 | Atlantic Recording Corporation |
| Melanie Martinez | Soap | SR0000774057 | Atlantic Recording Corporation |
| Michael Bublé | Feeling Good | SR0000370205 | Warner Records Inc. |
| Missy Elliott | Get Ur Freak On | SR0000297686 | Elektra Entertainment Group Inc. |
| Missy Elliott | Work It | SR0000345855 | Elektra Entertainment Group Inc. |
| MORGENSHTERN | ICE | SR0000939348 | Warner Music International Services Limited |
| New Boyz | You're a Jerk | SR0000662339 | Warner Records Inc. |
| New Order | Blue Monday | SR0000085362 | Warner Music International Services Limited |
| Paramore | Misery Business | SR0000631909 | Atlantic Recording Corporation |
| Paramore | Still into You | SR0000724441 | Atlantic Recording Corporation |
| PinkPantheress | Just for me | SR0000941404 | Warner Music International Services Limited |
| Portugal. The Man | Feel It Still | SR0000806561 | Atlantic Recording Corporation |

Schedule A

WMG Copyrighted Works Infringed by PacSun – Sound Recordings

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Roddy Ricch | The Box | SR0000925337 | Atlantic Recording Corporation |
| Saweetie | Tap In | SR0000887719 | Warner Records Inc. |
| Sean Paul | Get Busy | SR0000352634 | Atlantic Recording Corporation |
| Studio Killers | Jenny (I Wanna Ruin Our Friendship) | SR0000947941 | Atlantic Recording Corporation |
| The B-52's | Love Shack | SR0000107155 | Warner Records Inc. |
| The Doors | Five to One | Pre-1972 Sound Recording | Rhino Entertainment LLC |
| The Notorious B.I.G. | Big Poppa | SR0000206849 / SR0000313014 | Bad Boy Records LLC |
| The Notorious B.I.G. | Hypnotize | SR0000220411 / SR0000238217 | Bad Boy Records LLC |
| The Rare Occasions | Notion | SR0000917448 | Elektra Entertainment LLC |
| The Walters | I Love You So | SR0000933368 | Warner Records Inc. |
| The Wombats | Greek Tragedy (Oliver Nelson Remix) | SR0000939797 | Warner Music International Services Limited |
| Trey Songz | Slow Motion | SR0000781231 | Atlantic Recording Corporation |
| twenty one pilots | Tear in My Heart | SR0000772681 | Fueled by Ramen LLC |
| Wale | Lotus Flower Bomb (feat. Miguel) | SR0000698024 | Atlantic Recording Corporation |
| Ween | Ocean Man | SR0000244518 | Elektra Entertainment Group Inc. |
| WHOKILLEDXIX | Kismet | SR0000939761 | Warner Records Inc. |
| Wiz Khalifa | Something New (feat. Ty Dolla $ign) | SR0000922156 | Atlantic Recording Corporation |

3

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| 21 Savage | Bank Account | PA0002134381 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| A$AP Ferg | Plain Jane | PA0002134058 | Warner-Tamerlane Publishing Corp. |
| A$AP Ferg | Plain Jane REMIX (feat. Nicki Minaj) | PA0002267008 | Warner-Tamerlane Publishing Corp. |
| Aaliyah | Are You That Somebody | PA0000914663 / PA0001204719 | W Chappell Music Corp. |
| Ariana Grande | 34+35 | PA0002289176 | W Chappell Music Corp. |
| Ariana Grande | Don't Call Me Angel (Charlie's Angels) (with Miley Cyrus & Lana Del Rey) | PA0002209623 | W Chappell Music Corp. |
| Ariana Grande | Into You | PA0002046635 | W Chappell Music Corp. |
| Ariana Grande | Last Christmas | PA0000296385 | Warner Chappell Music, Inc. |
| Ariana Grande | motive (with Doja Cat) | PA0002524764 | W Chappell Music Corp. |
| Ariana Grande | pov | PA0002404827 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Ariana Grande | Step On Up | PA0002067449 | W Chappell Music Corp. |
| Ariana Grande | Stuck with U (with Justin Bieber) | PA0002250125 / PA0002298694 | Warner-Tamerlane Publishing Corp. |
| Ashanti | Foolish | PA0001263373 | W Chappell Music Corp. |
| Ashnikko | Daisy | PA0002406909 | W Chappell Music Corp. |
| Ashnikko | Working Bitch | PA0002428061 | W Chappell Music Corp. |
| BADBADNOTGOOD | Ghost Town | PA0002225853 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Beyoncé | Crazy In Love (feat. Jay-Z) | PA0001131132 | Warner-Tamerlane Publishing Corp. |
| Beyoncé | Single Ladies (Put a Ring on It) | PA0001630370 | W Chappell Music Corp. |
| Beyoncé | Yoncé - Homecoming Live | PA0001986580 / PA0002376949 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Bobby Helms | Jingle Bell Rock | EP0000113915 / RE0000234391 | W Chappell Music Corp. |
| Britney Spears | I'm a Slave 4 U | PA0001060309 | Warner-Tamerlane Publishing Corp. |
| Bruno Mars | Locked out of Heaven | PA0001869823 | Warner Chappell Music, Inc. |
| Bruno Mars | Talking to the Moon | PA0001869984 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| Bruno Mars, Anderson .Paak, Silk Sonic | Smokin Out The Window | PA0002553667 | Warner Chappell Music, Inc. |
| Bryce Vine | La La Land (feat. YG) | PA0002319012 | Warner Chappell Music, Inc. |
| Cali Swag District | Teach Me How to Dougie | PA0001744864 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Calvin Harris | Feels (feat. Pharrell Williams, Katy Perry & Big Sean) | PA0002140971 | Warner-Tamerlane Publishing Corp. |
| Cardi B | Enough (Miami) | PA0002474440 | W Chappell Music Corp. |
| Cardi B | Up | PA0002394634 | W Chappell Music Corp. |
| Chance the Rapper, TisaKorean, Murda Beatz | GRoCERIES | PA0002206926 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Chappell Roan | Good Luck, Babe! | PA0002479357 | Warner-Tamerlane Publishing Corp. |
| Charli XCX | Boys | PA0002251913 | W Chappell Music Corp. |
| Chris Brown | Look At Me Now (feat. Lil Wayne & Busta Rhymes) | PA0001921210 | Warner-Tamerlane Publishing Corp. |
| Chris Brown | No Guidance (feat. Drake) | PA0002239293 | Warner-Tamerlane Publishing Corp. |

4

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Chris Brown, Young Thug | Go Crazy | PA0002282807 | W Chappell Music Corp. |
| City Girls | Rodeo | PA0002553654 | Warner-Tamerlane Publishing Corp. |
| Daniel Caesar | Best Part (feat. H.E.R.) | PA0002496270 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Daniel Caesar | Get You (feat. Kali Uchis) | PA0002553666 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| David Guetta | Who's That Chick? (feat. Rihanna) | PA0001982743 | Warner-Tamerlane Publishing Corp. |
| Demi Lovato | Cool for the Summer | PA0001973419 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Diplo | Heartless (feat. Morgan Wallen) | PA0002416226 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| DJ Khaled | Wild Thoughts (feat. Rihanna & Bryson Tiller) | PA0002082167 | W Chappell Music Corp. |
| DNCE | Cake By The Ocean | PA0002083982 | W Chappell Music Corp. |
| Doja Cat | Ain't Shit | PA0002324935 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Cyber Sex | PA0002307937 | W Chappell Music Corp. |
| Doja Cat | Juicy | PA0002252218 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Kiss Me More (feat. SZA) | PA0002304261 | W Chappell Music Corp. |
| Doja Cat | Like That (feat. Gucci Mane) | PA0002307930 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Say So | PA0002308467 | W Chappell Music Corp. |
| Doja Cat | Streets | PA0002498092 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Vegas | PA0002377114 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Doja Cat | Woman | PA0002324952 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Don Toliver | After Party (CHOPNOTSLOP REMIX) | PA0002265221 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Don Toliver | Cardigan | PA0002265234 | W Chappell Music Corp. |
| Drake | Feel No Ways | PA0002062980 | W Chappell Music Corp. |
| Drake | Jimmy Cooks (feat. 21 Savage) | PA0002391754 | Warner-Tamerlane Publishing Corp. |
| Drake | Love All (with JAY-Z) | PA0002369929 / PA0002551564 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Drake | Nice For What | PA0002230647 | W Chappell Music Corp. |
| Drake | Nonstop | PA0002228861 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Drake | Way 2 Sexy (with Future & Young Thug) | PA0002327515 | W Chappell Music Corp. |
| Dua Lipa | Don't Start Now | PA0002266991 | W Chappell Music Corp. |
| Dua Lipa | Levitating | PA0002292827 | Warner-Tamerlane Publishing Corp. |
| Dua Lipa | Levitating (feat. DaBaby) | PA0002304883 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Echosmith | Cool Kids | PA0002385935 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Ellie Goulding | Lights | PA0001786677 | W Chappell Music Corp. |
| Ellie Goulding | Still Falling For You - From "Bridget Jones's Baby" | PA0002070009 | W Chappell Music Corp. |
| Ethan Fields | Cooler Than Me | PA0001740827 | W Chappell Music Corp. |

5

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Fat Joe | What's Luv? (feat. Ashanti) | PA0001671409 | W Chappell Music Corp. |
| Fergie, will.i.am | Fergalicious | PA0001652687 | W Chappell Music Corp. |
| Fitz and The Tantrums | Out of My League | PA0002466459 | W Chappell Music Corp. |
| Flo Milli | May I | PA0002553974 | Warner-Tamerlane Publishing Corp. |
| French Montana | Unforgettable (feat. Swae Lee) | PA0002099601 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| George Michael | Careless Whisper | PA0000219809 | W Chappell Music Corp. |
| Gesaffelstein | Lost in the Fire (feat. The Weeknd) | PA0002176025 | W Chappell Music Corp. |
| Ginuwine | Pony | PA0000839501 | W Chappell Music Corp. |
| Gorillaz | She's My Collar (feat. Kali Uchis) | PA0002553655 | Warner Chappell Music, Inc. |
| Gotye, Kimbra | Somebody That I Used To Know | PA0001785517 | Warner-Tamerlane Publishing Corp. |
| Grace VanderWaal | Lion's Den | PA0002399050 | Warner-Tamerlane Publishing Corp. |
| Grateful Dead | Althea | PA0000159425 | Warner Chappell Music, Inc.; W Chappell Music Corp. |
| GROUPLOVE | Tongue Tied | PA0001762863 | W Chappell Music Corp. |
| Gunna & Future | pushin P (feat. Young Thug) | PA0002336859 | W Chappell Music Corp. |
| Gwen Stefani | Hollaback Girl | PA0001254232 | Warner Chappell Music, Inc. |
| Hoàng Read | The Magic Bomb (Questions I Get Asked) [Extended Mix] | PA0002553320 | W Chappell Music Corp. |
| Jack Harlow | First Class | PA0002355942 | Warner-Tamerlane Publishing Corp. |
| Jack Harlow | WHATS POPPIN | PA0002238416 | W Chappell Music Corp. |
| Jaden | Icon | PA0002165714 | W Chappell Music Corp. |
| Janet Jackson | All For You | PA0000954083 | W Chappell Music Corp. |
| Jay Rock | King's Dead (with Kendrick Lamar, Future & James Blake) | PA0002129608 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Jeremih | oui | PA0002078413 | Warner-Tamerlane Publishing Corp. |
| Jeremih, YG | Don't Tell 'Em | PA0002062936 | W Chappell Music Corp. |
| Jhené Aiko | B.S. (feat. H.E.R.) | PA0002457732 | W Chappell Music Corp. |
| JID | Surround Sound (feat. 21 Savage & Baby Tate) | PA0002349252 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Justin Bieber | Peaches (feat. Daniel Caesar & Giveon) | PA0002296756 | W Chappell Music Corp. |
| Kanye West | Black Skinhead | PA0001891174 | W Chappell Music Corp. |
| Kanye West | Father Stretch My Hands Pt. 1 | PA0002192892 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Kanye West | Stronger | PA0001597242 | Warner-Tamerlane Publishing Corp. |
| Kanye West | Violent Crimes | PA0002225851 | W Chappell Music Corp. |
| Kanye West, Rick Ross | Devil In A New Dress | PA0001773392 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Katy Perry | Birthday | PA0001871676 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Katy Perry | California Gurls | PA0001711654 | Warner-Tamerlane Publishing Corp. |
| Katy Perry | I Kissed A Girl | PA0001686870 | Warner-Tamerlane Publishing Corp. |
| Kelis | Milkshake | PA0001158583 | Warner-Tamerlane Publishing Corp. |
| Kendrick Lamar | Hiiipower | PA0001856029 | Warner-Tamerlane Publishing Corp. |
| Kendrick Lamar | i | PA0001918605 | Warner-Tamerlane Publishing Corp. |

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Kendrick Lamar | LOVE. FEAT. ZACARI. | PA0002085589 | Warner-Tamerlane Publishing Corp.; W.C.M. Music Corp. |
| Kendrick Lamar | Swimming Pools (Drank) | PA0001871268 | W Chappell Music Corp. |
| Kings of Leon | Sex on Fire | PA0001615767 | W Chappell Music Corp. |
| Kool & The Gang | Summer Madness | EP0000329126 / PA0000845531 | W Chappell Music Corp. |
| Latto | It's Givin | PA0002355988 | Warner-Tamerlane Publishing Corp. |
| Lil Baby | The Bigger Picture | PA0002553965 | Warner-Tamerlane Publishing Corp. |
| Lil Nas X | INDUSTRY BABY (feat. Jack Harlow) | PA0002370565 | W Chappell Music Corp. |
| Lil Uzi Vert | Lo Mein | PA0002243624 | W Chappell Music Corp. |
| Lil Uzi Vert | That Way | PA0002302796 | W Chappell Music Corp. |
| Lizzo | Boys | PA0002292950 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Lizzo | Exactly How I Feel (feat. Gucci Mane) | PA0002293032 | W.C.M. Music Corp. |
| Lloyd | Get It Shawty | PA0001387426 | Warner-Tamerlane Publishing Corp. |
| Louis Prima | Pennies From Heaven | EP0000058037 / R 325040 / EU0000123687 / R 317252 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Lukas Graham | Mama Said | PA0002037066 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Luniz | I Got 5 On It | PA0000801766 | Warner-Tamerlane Publishing Corp. |
| Machine Gun Kelly | emo girl (feat. WILLOW) | PA0002344120 | Warner-Tamerlane Publishing Corp. |
| Madison Beer | Baby | PA0002267024 | W Chappell Music Corp. |
| Madonna | Hung Up | PA0001305504 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| MARINA | Primadonna | PA0001809358 | Warner-Tamerlane Publishing Corp. |
| Mark Ronson | Uptown Funk (feat. Bruno Mars) | PA0001974777 | Warner-Tamerlane Publishing Corp. |
| Mary J. Blige, Lil' Kim | I Can Love You | PA0000901071 | Warner-Tamerlane Publishing Corp. |
| MC ORSEN | INCOMING | PA0002553961 | W Chappell Music Corp. |
| Meek Mill | Offended (feat. Young Thug & 21 Savage) | PA0002317747 | W Chappell Music Corp. |
| Megan Thee Stallion | Savage Remix (feat. Beyoncé) | PA0002251048 | W Chappell Music Corp. |
| Megan Thee Stallion & Dua Lipa | Sweetest Pie | PA0002352636 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Melanie Martinez | Play Date | PA0001996542 | W Chappell Music Corp. |
| Melanie Martinez | Soap | PA0001982543 | W Chappell Music Corp. |
| Michael Gray | The Weekend - Radio Edit | PA0001275238 | W Chappell Music Corp. |
| Migos | Get Right Witcha | PA0002078374 | Warner-Tamerlane Publishing Corp. |
| Missy Elliott | Get Ur Freak On | PA0001146413 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| Money Man | 24 (feat Lil Baby) | PA0002553965 | Warner-Tamerlane Publishing Corp. |
| MORGENSHTERN | ICE | PA0002553963 | W Chappell Music Corp. |

7

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Nardo Wick | Who Want Smoke?? (feat. G Herbo, Lil Durk & 21 Savage) | PA0002442391 | Warner-Tamerlane Publishing Corp. |
| Natalie Cole | This Will Be (An Everlasting Love) | EU0000589523 / EP0000343255 / PA0000035849 / RE0000875459 | W Chappell Music Corp. |
| Nelly | Hot In Herre | PA0001073270 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Nicki Minaj, Lil Wayne | High School | PA0001995833 | W Chappell Music Corp. |
| Olivia Rodrigo | good 4 u | PA0002404776 | W Chappell Music Corp. |
| One Direction | Act My Age | PA0001986736 | Warner-Tamerlane Publishing Corp. |
| Paramore | Misery Business | PA0001595045 | Warner-Tamerlane Publishing Corp. |
| Paramore | Still into You | PA0001854435 | W Chappell Music Corp. |
| Pascal Letoublon, Leony | Friendships (Lost My Love) | PA0002553665 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Pharrell Williams | Frontin' (feat. JAY Z) - Club Mix | PA0001131605 | W Chappell Music Corp. |
| Playboi Carti | Poke It Out (with Nicki Minaj) | PA0002170918 | W Chappell Music Corp. |
| Pop Smoke | For The Night (feat. Lil Baby & DaBaby) | PA0002308963 | Warner-Tamerlane Publishing Corp. |
| Pop Smoke | What You Know Bout Love | PA0002305086 | W Chappell Music Corp. |
| Portugal. The Man | Feel It Still | PA0002140987 | W Chappell Music Corp. |
| Pusha T, Kendrick Lamar | Nosetalgia | PA0001919080 | W Chappell Music Corp. |
| Quvenzhané Wallis, Zoe Margaret Colletti, Nicolette Pierini, Eden Duncan-Smith, Amanda Troya | It's The Hard-Knock Life | EP0000373856 / PA0000062285 | Warner-Tamerlane Publishing Corp. |
| Radiohead | No Surprises | PA0002553657 | W Chappell Music Corp. |
| Rae Sremmurd | Swang | PA0002118570 | Warner-Tamerlane Publishing Corp. |
| RealestK | WFM | PA0002553975 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| Rita Ora | Poison | PA0001984228 | W Chappell Music Corp. |
| Roddy Ricch | The Box | PA0002307885 | W Chappell Music Corp. |
| Rupert Holmes | Escape (The Pina Colada Song) | PA0000050962 | W Chappell Music Corp. |
| Salt-N-Pepa, En Vogue | Whatta Man | PA0000870911 | W Chappell Music Corp. |
| Saweetie | Tap In | PA0002251404 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. |
| Sean Kingston | Beat It (feat. Chris Brown & Wiz Khalifa) | PA0001896757 | Warner-Tamerlane Publishing Corp. |
| Ski Mask The Slump God | Foot Fungus | PA0002541033 | Warner-Tamerlane Publishing Corp. |
| Snoop Dogg, Anna Kendrick | Winter Wonderland / Here Comes Santa Claus - From "Pitch Perfect 2" Soundtrack | EP0000044664 / R284735 / EU0000100906 / EP0000019051 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |

8

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Snoop Dogg, Pharrell Williams | Drop It Like It's Hot | PA0001160179 | Warner-Tamerlane Publishing Corp. |
| Soulja Boy | Crank That (Soulja Boy) | PA0001395340 / PA0001612987 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. |
| Soulja Boy | Pretty Boy Swag | PA0001734530 | W Chappell Music Corp. |
| Stephen Kramer Glickman, Marza Wilks | Crazy | PA0001338240 | W Chappell Music Corp. |
| Steve Lacy | Bad Habit | PA0002370290 | W Chappell Music Corp. |
| Superfruit | GUY.exe | PA0002185633 | Warner-Tamerlane Publishing Corp. |
| SZA | Broken Clocks | PA0002129979 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. |
| SZA | Good Days | PA0002333973 | W Chappell Music Corp. |
| SZA | I Hate U | PA0002451514 | Warner-Tamerlane Publishing Corp. |
| SZA | Love Galore (feat. Travis Scott) | PA0002251845 | W Chappell Music Corp. |
| The Barden Bellas | Bellas Regionals: The Sign/Eternal Flame/Turn The Beat Around | PA0000663100 | W Chappell Music Corp. |
| The Daughters Of Eve | Hey Lover | EU0000789135 / RE0000562281 | W Chappell Music Corp. |
| The Kid LAROI | STAY (with Justin Bieber) | PA0002316799 | Warner-Tamerlane Publishing Corp. |
| The Neighbourhood | Softcore | PA0002553656 | Warner-Tamerlane Publishing Corp. |
| The Smashing Pumpkins | 1979 | PA0002541070 | Warner-Tamerlane Publishing Corp. |
| The Weeknd | Blinding Lights | PA0002240210 | W Chappell Music Corp. |
| The Weeknd | Sacrifice | PA0002360520 | Warner-Tamerlane Publishing Corp. |
| The Weeknd | Save Your Tears | PA0002282131 | Warner-Tamerlane Publishing Corp. |
| Tinashe | 2 On (feat. ScHoolboy Q) | PA0001910781 | Warner-Tamerlane Publishing Corp. |
| Travis Scott | 5% TINT | PA0002457871 | W.C.M. Music Corp. |
| Travis Scott | BUTTERFLY EFFECT | PA0002097755 | W Chappell Music Corp. |
| Trey Songz | Slow Motion | PA0002553651 | W Chappell Music Corp. |
| twenty one pilots | Tear in My Heart | PA0001973982 | W Chappell Music Corp. |
| Two Door Cinema Club | What You Know | PA0002551593 | Warner-Tamerlane Publishing Corp. |
| USHER | Confessions Part II | PA0001227181 | Warner-Tamerlane Publishing Corp. |
| Vacations | Young | PA0002553650 | W Chappell Music Corp. |
| Vanilla Ice | Ice Ice Baby | PA0001048615 | Warner-Tamerlane Publishing Corp. |
| Wale | Lotus Flower Bomb (feat. Miguel) | PA0001816126 | Warner-Tamerlane Publishing Corp. |
| Will Smith | Gettin' Jiggy Wit It | PA0001248148 | Warner-Tamerlane Publishing Corp. |
| will.i.am, Britney Spears | Scream & Shout | PA0001835737 | Warner-Tamerlane Publishing Corp. |
| WILLOW | t r a n s p a r e n t s o u l feat. Travis Barker | PA0002418284 | Warner-Tamerlane Publishing Corp. |
| Wiz Khalifa | Something New (feat. Ty Dolla $ign) | PA0002261872 | Warner-Tamerlane Publishing Corp. |
| YG | BIG BANK (feat. 2 Chainz, Big Sean, Nicki Minaj) | PA0002181438 | Warner-Tamerlane Publishing Corp. |

9

Schedule A

WMG Copyrighted Works Infringed by PacSun – Musical Compositions

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Yo Gotti | Pose (feat. Megan Thee Stallion & Lil Uzi Vert) | PA0002238932 | W Chappell Music Corp. |
| Young Thug, Travis Scott | pick up the phone | PA0002078386 | W Chappell Music Corp. |
| Yung Gravy | Betty (Get Money) | PA0000375327 | W Chappell Music Corp. |